IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICKY LAMAR HOGAN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | No. 5:25-cv-00122-CAR-CHW |
| | : | |
| **HANCOCK STATE PRISON,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER ON RECOMMENDATION OF DISMISSAL

Before the Court is the United States Magistrate Judge's Recommendation to deny *pro se* Plaintiff Ricky Lamar Hogan's motion for leave to proceed *in forma pauperis* [Doc. 2], to dismiss this action without prejudice pursuant to 28 U.S.C. § 1915(g), to deny Plaintiff's motion seeking an extension of time to pay the filing fee in the absence of a finding of imminent danger [Doc. 3], and to deny his other motions [Docs. 5, 8] as moot. Plaintiff did not file an objection to the Recommendation, and the time in which to do so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

Accordingly, the Recommendation [Doc. 9] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 2] is **DENIED**, and this action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's motion seeking an extension of time to pay the filing fee in the absence of a finding of

1

imminent danger [Doc. 3] is **DENIED**, and his other motions [Docs. 5, 8] are **DENIED AS MOOT**.

    **SO ORDERED,** this 3rd day of October, 2025.

                                          s/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT