IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICKY LAMAR HOGAN,   *

       Plaintiff,   *

v.   Case No. 5:25-cv-00122-CAR-CHW

    *

HANCOCK STATE PRISON et al.,

    *

       Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated 10/3/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of October, 2025.

                                David W. Bunt, Clerk

                                s/ Erin Pettigrew, Deputy Clerk